# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

R. ALEXANDER ACOSTA,

        Plaintiff,

v.

LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA,

        Defendant.

Case No. 2:18-cv-01185-JAD-CWH

**ORDER**

Presently before the court is the plaintiff's petition to enforce an administrative subpoena *duces tecum* (ECF No. 1), filed on June 29, 2018, and plaintiff's declaration of proof of service of the petition (ECF No. 3), filed on July 6, 2018. Under Rule 4(e) of the Federal Rules of Civil Procedure, plaintiff must serve defendant by:

> (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or (2) doing any of the following: (A) delivering a copy of the summons and of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Plaintiff states in its declaration that defendant was served via electronic mail. It is unclear to the court whether plaintiff served defendant in a manner recognized by Rule 4(e). Therefore, the court orders plaintiff to submit a memorandum of points and authorities on the propriety of its service via electronic mail.

        IT IS SO ORDERED.

        DATED: July 18, 2018

                                                                                          C.W. HOFFMAN, JR.
                                                                                      UNITED STATES MAGISTRATE JUDGE