1  DAYLE ELIESON
   United States Attorney
2  District of Nevada

3  TROY K. FLAKE
   Assistant United States Attorney
4  LUIS A. GARCIA
   Special Assistant United States Attorney
5       350 South Figueroa Street, Suite 370
        Los Angeles, California 90071-1202
6       Telephone: (213) 894-2681
        Facsimile: (213) 894-2064
7       E-mail: garcia.luis.a@dol.gov

8  *Attorneys for the United States.*

9

10              UNITED STATES DISTRICT COURT

11                 DISTRICT OF NEVADA

12

| | |
|---|---|
| 13  R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | Case No.: 2:18-cv-01185 |
| 14 | |
| 15       Petitioner, | **ORDER TO SHOW CAUSE** |
| 16       v. | |
| 17  LOCAL 872, LABORERS INTERNATIONAL UNION OF | |
| 18  NORTH AMERICA, | |
| 19       Respondent. | |

20

21       Petitioner, R. Alexander Acosta, Secretary of Labor, United States Department of

22  Labor (the "Secretary"), has applied to this Court for an Order requiring Respondent

23  Local 872, Laborers International Union of North America ("Local 872") to produce the

24  documents and records requested in the subpoena *duces tecum* issued by the Office of

25  Labor-Management Standards, U.S. Department of Labor ("OLMS"), and duly served

26  upon Local 872 on May 16, 2018 (the "Subpoena") and to present Local 872 union

27  officials for interview by OLMS.  Having considered the matters set forth in the

28  Secretary's Petition and accompanying documents,

**IT IS HEREBY ORDERED** that Local 872 appears and SHOW CAUSE, if any there be, why it should not be ordered by this Court to comply with the Subpoena and to present Local 872 union officials for interview by OLMS.

**IT IS FURTHER ORDERED** that Local 872 serve and file with the Clerk of this Court, no later than August 16, 2018, a response to the Secretary's Petition, specifically admitting or denying each allegation of the Petition, and setting forth the cause, if any there be, why the Petition should not be granted.

**IT IS FURTHER ORDERED** that the Secretary serve and file with the Clerk of this Court, no later than August 23, 2018, his reply to Local 872's response to the Secretary's Petition.

**IT IS FURTHER ORDERED** that Local 872 appears at a hearing to be held on the Petition on Septemeber 4, 2018, at 9:30 a.m., in courtroom 3C, located in Las Vegas, Nevada.

**IT IS FURTHER ORDERED** that the applicable 60-day statute of limitations under Section 402 of the LMRDA, 29 U.S.C. § 482, is tolled as of May 16, 2018, the date Local 872 was served with the Subpoena, until the Secretary notifies the Court that Local 872 has complied with the Subpoena.

**IT IS FURTHER ORDERED** that the Secretary shall forthwith serve a copy of this Order to Show Cause and the Petition and supporting documents on Local 872 in accordance with Rule 4 of the Federal Rules of Civil Procedure.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 2, 2018

2