DAYLE ELIESON
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
LUIS A. GARCIA
Special Assistant United States Attorney
    350 South Figueroa Street, Suite 370
    Los Angeles, California 90071-1202
    Telephone: (213) 894-2681
    Facsimile: (213) 894-2064
    E-mail: garcia.luis.a@dol.gov

*Attorneys for the United States.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA,<br><br>Respondent. | Case No.: 2:18-cv-01185-JAD-CWH<br><br>**ORDER GRANTING SECRETARY OF LABOR'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA *DUCES TECUM* ISSUED BY THE OFFICE OF LABOR MANAGEMENT STANDARDS, U.S. DEPARTMENT OF LABOR** |

Show Cause Hearing was held on September 4, 2018, before Magistrate Judge Carl W. Hoffman, Jr. Special Assistant United States Attorney Luis A. Garcia appeared for Petitioner, R. Alexander Acosta, Secretary of Labor, United States Department of Labor (the "Secretary"). Kristina Hillman appeared for Respondent Local 872, Laborers International Union of North America ("Respondent" or "Local 872"). After the Court's preliminary remarks and oral argument by counsel, the Secretary's petition to enforce the administrative subpoena *duces tecum* ("Subpoena") issued by the Office of Labor-Management Standards, U.S. Department of Labor ("OLMS") and to present Local 872 union officials for interview by OLMS is **GRANTED.**

1.   Respondent is hereby directed to appear before District Director Ed Oquendo or Investigator Troy Krouse at 915 Wilshire Blvd., Suite 910, Los Angeles, California 90017, on **September 24, 2018**, at 11:00 a.m., and produce all of the records and documents, as specified and described in the Subpoena issued by OLMS on May 16, 2018;

2.   Respondent is further directed to make available for interview by OLMS, at its office located at the Lloyd D. George Federal Bldg., 333 S. Las Vegas Blvd, 5th Floor, Suite 5520, Las Vegas, NV 89101, the following union officials:

- Business Manager/Secretary-Treasurer Tommy White
- Political Agent Thomas Morley
- Vice President Marco Hernandez
- E-Board member Chelsy Torres

All interviews are to be completed no later than **October 24, 2018.**

3.   The applicable 60-day statute of limitations under Section 402 of the LMRDA, 29 U.S.C. § 482, is tolled as of May 16, 2018, the date Local 872 was served with the Subpoena, until the Secretary notifies the Court by declaration that Local 872 has fully complied with the Subpoena and has made available for interview by OLMS the union official identified above;

4.   A copy of this Order shall be served on Respondent's counsel via the Court's Electronic Case Filing system; and

5.   Failure on the part of Respondent to obey or comply with this Order shall subject it to contempt proceedings.

IT IS SO ORDERED.

Dated:  September 13, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2